UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NELSON RICARDO GONZALEZ
MORENO; GLADYS YANIRA
GONZALEZ,

Petitioners,

v.

MERRICK B. GARLAND, Attorney
General,

Respondent.

No.    20-73831

Agency Nos.    A070-737-234
A072-519-907

ORDER

Before:  SCHROEDER, TASHIMA, and HURWITZ, Circuit Judges.

Petitioners seek review of the Board of Immigration Appeals' ("BIA") order
denying their motion to reopen.

The government's motion for summary disposition of this petition in part
(Docket Entry No. 17) is granted because the questions raised in the opening brief
are too insubstantial to justify further proceedings.  *See* 9th Cir. R. 3-6(a) (stating
standard for summary disposition); *see also Iturribarria v. INS*, 321 F.3d 889, 891
(9th Cir. 2003) (filing deadline for motion to reopen may be tolled for ineffective
assistance of counsel, but petitioner failed to show prejudice).

The government's motion to dismiss this petition for review in part (Docket
Entry No. 17) is granted.  *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir.

STS/SACA

2004) (this court lacks jurisdiction to review claims that could have first been presented to the BIA); *see also Bonilla v. Lynch*, 840 F.3d 575, 588 (9th Cir. 2016) (no jurisdiction to review denial of sua sponte reopening absent legal and constitutional error).

The temporary stay of removal remains in place until issuance of the mandate.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**